[No. 36965-6-II.   Division Two.   May 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN OTTO
SMALANCKE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 06-1-03290-1, Frederick W. Fleming, J., en-
tered November 2, 2007. *Affirmed* by unpublished opinion
per Penoyar, A.C.J., concurred in by Houghton and Quinn-
Brintnall, JJ.

[No. 37100-6-II.   Division Two.   May 12, 2009.]

*In the Matter of the Marriage of* KIMBERLY P. SJOLANDER,
*Respondent*, and MICHAEL L. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 05-3-00821-0, Marc T. Christianson, J. Pro
Tem., entered November 5, 2007. *Affirmed* by unpublished
opinion per Hunt, J., concurred in by Van Deren, C.J., and
Armstrong, J.

[No. 37117-1-II.   Division Two.   May 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON TONY
CARACCIOLO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 07-1-01109-7, M. Karlynn Haberly, J., entered
November 30, 2007. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Penoyar, A.C.J., and Arm-
strong, J.

[No. 37149-9-II.   Division Two.   May 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO
PADILLA-TAPIA, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 07-1-00953-5, Richard D. Hicks, J., en-
tered December 20, 2007. *Affirmed* by unpublished opinion
per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J.,
and Houghton, J.